

Entered on Docket
April 18, 2011

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**
_____

David Krieger, Esq.
Nevada Bar No.: 9086                                          E-FILED: April 12, 2011
HAINES & KRIEGER, LLC
1020 Garces Ave.
Las Vegas, NV 89101
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@hainesandkrieger.com
Attorney for Johnny L. Stackhouse and Susan R. Stackhouse

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | ) Case No. BKS-09-22440-MKN  <br> ) Chapter 13 <br> ) <br> ) |
| **Johnny L. Stackhouse and Susan R. Stackhouse**, | ) Hearing Date:  March 31, 2011 <br> ) Hearing Time:  2:30 P.M. <br> ) <br> ) |
| Debtor(s). | ) <br> ) |

**ORDER ON MOTION TO REINSTATE THE AUTOMATIC STAY AS TO HSBC BANK USA AS SUCCESSOR TO WELLS FARGO HOME MORTGAGE AND COMPEL CREDITOR TO ACCEPT FUNDS FROM CHAPTER 13 TRUSTEE BY DEBTORS**

THE ABOVE MATTER having been heard at the time and date above:

**IT IS ORDERED THAT** the Automatic Stay be reinstated as to HSBC BANK

USA AS SUCCESSOR TO WELLS FARGO HOME MORTGAGE:

**IT IS FURTHER ORDERED THAT** HSBC BANK USA AS SUCCESSOR TO WELLS FARGO HOME MORTGAGE accept payments for the loan modification from the Chapter 13 Trustee;

**IT IS FURTHER ORDERED THAT** payments received by the Chapter 13 Trustee be applied as being received by the Debtors in conformance with the Debtors' Trial Payment Plan;

**IT IS FURTHER ORDERED THAT** HSBC BANK USA AS SUCCESSOR TO WELLS FARGO HOME MORTGAGE be compelled to accept future payments from either the Debtors or Chapter 13 Trustee going forward;

**IT IS FURTHER ORDERED THAT** the Trial Period Payment Agreement be enforced and HSBC BANK USA AS SUCCESSOR TO WELLS FARGO HOME MORTGAGE be compelled to make a decision on offering the Debtors a final loan modification.

DATED April 12, 2011

    HAINES & KRIEGER, L.L.C.

By:    /s/David Krieger, Esq.
      David Krieger, Esq.
      Attorney for Debtor(s)

/./. /

**ALTERNATIVE METHOD re: RULE 9021**:

      In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_ The court has waived the requirement set forth in 9021(b)(1).

\_\_\_ No party appeared at the hearing or filed an objection to the motion.

\_\_\_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

    APPROVED:

    DISAPPROVED:

    FAILED TO RESPOND:

\_x\_\_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Submitted by: /s/George Haines Esq.
                George Haines, Esq.
                Attorney for the Debtor

                                      ###